IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CENTENNIAL BANK,**

    **Plaintiff,**

v.                                                 **CASE NO. 5:12-cv-101-RS-EMT**

**JAMES D. HOLSOMBAKE,**

    **Defendant.**

_____/

## **CONSENT FINAL JUDGMENT**

Before me is the Joint Motion for Consent Final Judgment (Doc. 7). Based upon the request of the parties and for good cause shown, it is **ORDERED:**

1. Plaintiff Centennial Bank, 635 E. Baldwin Road, Panama City, Florida, 32405, shall have a judgment in the amount of $305,097.62 against Defendant, James D. Holsombake, whose last known address is 604 Wood Trail, Panama City, Florida, 32405, for all of which let execution issue.

2. Plaintiff Centennial Bank, shall be entitled to recover post-judgment interest at the legal rate defined by 28 U.S.C. § 1961 from the date of this judgment until paid.

3. The Court retains jurisdiction over this matter this matter for the purposes of handling any motions related to the enforcement or collection of the Consent Final Judgment.

4.  The Clerk is directed to close this case.

**ORDERED** on May 15, 2012.

                                                        <u>/S/ Richard Smoak</u>
                                                        **RICHARD SMOAK**
                                                        **UNITED STATES DISTRICT JUDGE**